IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

USA PRODUCTS GROUP, INC., a  
California corporation,  

           Plaintiff,  

     v.  

VAN LEEUWEN ENTERPRISES, a  
California corporation,  

           Defendant.

2:06-cv-1455-GEB-DAD

<u>ORDER CONTINUING STATUS</u>  
<u>(PRETRIAL SCHEDULING)</u>  
<u>CONFERENCE AND RULE 4(m)</u>  
<u>NOTICE</u>

       By Order dated June 30, 2006, a status conference was scheduled in this case for September 25, 2006.  On September 11, 2006, Plaintiff filed a request to continue the status conference, in which it states "the Complaint has not yet been served by Plaintiff on Defendant . . . ." (Plaintiff's Request at 1.)  Accordingly, the status conference is reset to commence at 9:00 a.m. on December 18, 2006.  In accordance with the requirements set forth in the June 30 Order, the parties shall file a joint status report no later than December 4, 2006.

       If Defendant is not served by October 27, 2006, Defendant could be dismissed from this action under Federal Rule of Civil

1

Procedure 4(m).  If Plaintiff does not perfect service by this date, Plaintiff shall show cause no later than 4:00 p.m. on November 3, 2006, why this action should not be dismissed for failure to serve Defendant within Rule 4(m)'s 120-day time period.

IT IS SO ORDERED.

Dated:  September 18, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2