IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

USA PRODUCTS GROUP, INC., a California corporation,

Plaintiff,

v.

VAN LEEUWEN ENTERPRISES, a California corporation,

Defendant.

2:06-cv-1455-GEB-DAD

ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE

On December 4, 2006, Plaintiff filed a "Consented Request to Reschedule Schedule Conference" ("Request") in which it states that "[t]he parties have reached a settlement . . . and are currently finalizing the settlement documents. The parties hereby request that the Court reset the [Status (Pretrial Scheduling) Conference] from December 18, 2006[,] to January 22, 200[7], in order to allow the parties time to conclude the documentation of the settlement . . . ." (Request at 1.) Accordingly, the Status (Pretrial Scheduling)

/////

/////

/////

Conference is rescheduled to commence at 9:00 a.m. on January 29, 2007.[1]

IT IS SO ORDERED.

Dated: December 6, 2006

GARLAND E. BURRELL, JR.
United States District Judge

[1] The date requested by the parties is not a regular Status (Pretrial Scheduling) Conference date.